# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>          as representative of,<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>          Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, in its capacity as the Trustee of the Commonwealth Avoidance Actions Trust,<br>          Plaintiff,<br><br>          v.<br>BARCLAYS CAPITAL, INC.; BMO CAPITAL MARKETS GKST INC.; BofA SECURITIES, INC., A/K/A BANC OF AMERICA SECURITIES LLC, A/K/A BofA MERRILL LYNCH; CITIBANK N.A., NEW YORK; CITIGROUP GLOBAL MARKETS INC.; GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS BANK USA, f/k/a GOLDMAN SACHS CAPITAL MARKETS, L.P.; GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P.; JEFFERIES LLC; J.P. MORGAN SECURITIES LLC; BANK OF AMERICA CORPORATION; MERRILL LYNCH CAPITAL SERVICES, INC.; MORGAN STANLEY & CO. LLC; MORGAN STANLEY CAPITAL SERVICES LLC, f/k/a MORGAN STANLEY CAPITAL SERVICES, INC.; RBC CAPITAL MARKETS, LLC; ROYAL BANK OF CANADA; SAMUEL A. RAMIREZ & CO., INC.; SANTANDER SECURITIES LLC; UBS AG; UBS FINANCIAL SERVICES, INC. OF PUERTO RICO; and JOHN DOES 1-10,<br>          Defendants. | Adv. Proc. No. 19-280 (LTS) |

# STIPULATION AND
# [PROPOSED] CASE MANAGEMENT ORDER

Plaintiff Drivetrain, LLC, (the "Trustee") and Defendants Barclays Capital, Inc.; BMO Capital Markets GKST Inc.; BofA Securities, Inc., a/k/a Banc of America Securities LLC, a/k/a BofA Merrill Lynch; Citigroup Global Markets Inc.; Citibank, N.A., New York; Goldman Sachs & Co. LLC; Goldman Sachs Bank USA; Goldman Sachs Mitsui Marine Derivative Products, L.P.; Jefferies LLC; J.P. Morgan Securities LLC; Bank of America Corporation; Merrill Lynch Capital Services, Inc.; Morgan Stanley & Co. LLC; Morgan Stanley Capital Services, LLC f/k/a Morgan Stanley Capital Services Inc.; RBC Capital Markets, LLC; Royal Bank of Canada; Samuel A. Ramirez & Co., Inc.; Santander Securities LLC; UBS Financial Services, Inc. of Puerto Rico[1]; and UBS AG (collectively "Defendants," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, and subject to this Court's approval and the reservations of rights contained in paragraphs 8 and 10 below, agree and stipulate as follows:

## RECITALS

WHEREAS, the Trustee filed the Second Amended Complaint ("SAC") on September 15, 2022 (ECF No. 49);

WHEREAS, the Court previously ordered the Trustee and Defendants to "meet and confer regarding a schedule for Defendants to answer, move to dismiss, or otherwise respond to any complaint in the Adversary Proceedings" (ECF No. 42);

WHEREAS, the Court further ordered that if the Parties "are unable to reach an agreed schedule, and absent further relief from the Court, Defendants shall answer, move to dismiss, or otherwise respond" to the SAC "no later than" 150 days after the SAC was filed, (ECF No. 42);

---

[1] Effective July 17, 2021, UBS Financial Services Incorporated of Puerto Rico was merged into UBS Financial Services Inc.

WHEREAS, the undersigned Parties have conferred and agreed to a schedule for Defendants to answer, move to dismiss, or otherwise respond to the SAC and to brief any motion(s) to dismiss; and

WHEREAS, the undersigned Parties have further reached agreement as to (i) page limitations for the motion to dismiss briefing and (ii) the scope of discovery while any motion(s) to dismiss are pending;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

BRIEFING SCHEDULE

1. Defendants shall answer, move to dismiss, or otherwise respond to the SAC on or before December 15, 2022.

2. The Trustee shall file any opposition(s) to any motions to dismiss on or before March 15, 2023.

3. Defendants shall file any reply or replies on or before April 19, 2023;

4. Should Defendants move to dismiss the SAC before December 15, 2022, the Parties shall meet and confer in good faith about what changes, if any, should be made to the schedule set forth in this Stipulation. To the extent that the Parties agree to a modified schedule it shall be set forth in an amended Case Management Order to be filed with the Court.

PAGE LIMITS

5. Defendants shall file one consolidated memorandum of law addressing common issues in support of their motion(s) to dismiss and such additional memorandums as may be necessary to address specific issues raised by individual Defendants, subject to a total limit of up to 100 total pages for all their memorandum(s) of law in support of their motion(s) to dismiss the SAC.

6. The Trustee shall be permitted up to 100 pages to file its memorandum(s) of law in opposition to those filed by Defendants.

7. Defendants shall have up to 50 pages for any reply or replies to any opposition(s).

8. For the avoidance of doubt, the Parties expressly reserve their right to seek leave for additional pages for any memoranda of law in support of any motion(s) to dismiss, opposition(s), or for any reply or replies, and the other Parties shall not unreasonably withhold their consent to such requests.

DISCOVERY

9. Discovery shall be stayed as to the Parties pending resolution of any motion(s) to dismiss the SAC. The Parties' discovery stay includes affiliates and former employees of Defendants and any affiliates, in their capacity as such. The Parties may propound and seek discovery from third parties, as permitted by Federal Rule of Civil Procedure 45 (made applicable in this Action by Federal Rule of Bankruptcy Procedure 9016).

10. Except as to the defense of insufficiency of service of process in this Action, no defenses or rights under the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Puerto Rico, or any other laws or regulations, including, without limitation, defenses based upon lack of personal jurisdiction, is in any way prejudiced or waived or curtailed by Defendants' executing, agreeing to, or filing this Stipulation.

11. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be deemed an original.

Dated: November 7, 2022

**SO ORDERED.**

DATED:

_____ _____
Hon. Gail Dein
United States Magistrate Judge

SELENDY GAY ELSBERG PLLC

/s/ David S. Flugman
Maria Ginzburg *(Pro Hac Vice)*
Andrew R. Dunlap *(Pro Hac Vice)*
David S. Flugman *(Pro Hac Vice)*
1290 Avenue of the Americas New York,
New York 10104 (212) 390-9000
mginzburg@selendygay.com
adunlap@selendygay.com
dflugman@selendygay.com

CASILLAS, SANTIAGO & TORRES, LLC

By: /s/ Juan J. Casillas
Juan J. Casillas Ayala USDC – PR 218312
Luis F. Llach Zúñiga USDC – PR 2231112
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, Puerto Rico 00901-2419
(787) 523-3434
jcasillas@cstlawpr.com
lllach@cstlawpr.com

CONTINENTAL PLLC

John Arrastia (*Pro Hac Vice*)
Jesus Suarez (*Pro Hac Vice*)
Angelo Castaldi (*Pro Hac Vice*)
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707
jarrastia@continentalpllc.com
jsuarez@continentalpllc.com
Acastaldi@continentalpll.com

*Attorneys for Plaintiff Drivetrain, L.L.C., in its capacity as the Trustee of the Commonwealth Avoidance Actions Trust*

McCONNELL VALDÉS LLC

_/s/_ Roberto C. Quiñones-Rivera
Roberto C. Quiñones-Rivera, Esq.
USDC-PR No. 211512
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
(787) 250-2631
(787) 759-8282
rcq@mcvpr.com

*Counsel to Barclays Capital Inc., RBC Capital Markets, LLC, UBS Financial Services Inc. of Puerto Rico, Citigroup Global Markets Inc., and Citibank, N.A.*

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ Joseph L. Sorkin
Joseph L. Sorkin
John Kane
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
(212) 872-1000
jsorkin@akingump.com
jkane@akingump.com

*Counsel to Barclays Capital Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Julie E. Cohen_____
Julie E. Cohen (*Pro Hac Vice*)
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000
julie.cohen@skadden.com

*Counsel to Morgan Stanley and Morgan Stanley Capital Services LLC*

SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.

/s/ Angel E. Rotger-Sabat_____
Luis N. Saldaña-Román
USDC-PR No. 208001
Ángel E. Rotger-Sabat
USDC-P.R. No. 208601
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
(787) 289-9250
(787) 289-9253
lsaldana@scvrlaw.com
arotger@scvrlaw.com

*Counsel to Morgan Stanley & Co. LLC and Morgan Stanley Capital Services LLC*

SIMPSON THACHER & BARTLETT LLP

 /s/ Jonathan K. Youngwood
Jonathan K. Youngwood (*Pro Hac Vice*)
David Elbaum (*Pro Hac Vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
(212) 455-2502
jyoungwood@stblaw.com
David.elbaum@stblaw.com

*Counsel to J.P. Morgan Securities LLC*

/s/ José L. Ramirez-Coll\_\_\_\_
José L. Ramirez-Coll
USDC-PR No. 221702
P.O. Box 13128
San Juan, Puerto Rico 00908
(787) 977-0312
 (787) 977-0323
jramirez@amrclaw.com

*Counsel to J.P. Morgan Securities LLC*

GOODWIN PROCTER LLP

/s/ Douglas H. Flaum
Douglas H. Flaum (Pro Hac Vice)
Charles A. Brown (Pro Hac Vice)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
(212) 355-3333
dflaum@goodwinlaw.com
cbrown@goodwinlaw.com

*Counsel to Goldman Sachs & Co. LLC, Goldman Sachs Bank USA, and Goldman Sachs Mitsui Marine Derivative Products, L.P.*

WINSTON & STRAWN LLP

/s/ *Carrie V. Hardman*
Carrie V. Hardman (*Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
(212) 294-6700
(212) 294-4700
chardman@winston.com

-and-

Joseph L. Motto (*Pro Hac Vice*)
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
jmotto@winston.com

*Counsel to BofA Securities, Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.*

MORELL, CARTAGENA & DAPENA LLC

/s/ Ramón E. Dapena
Ramón E. Dapena
USDC PR No. 125005
PO Box 13399
San Juan, PR 00908
787.723.1233
787.723.8763
ramon.dapena@mbcdlaw.com

*Co-Counsel to Goldman Sachs & Co. LLC*

McGUIRE WOODS LLP

/s/ E. Andrew Southerling
E. Andrew Southerling (*Pro Hac Vice*)
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
(202) 857-1700
(202) 857-1737
asoutherling@mcguirewoods.com

-and-

Aaron G. McCollough (*Pro Hac Vice*)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
(312) 849-8256
(312) 698-4522
amccollough@mcguirewoods.com

*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.*

| | |
|---|---|
| CROWELL & MORING LLP | McCONNELL VALDÉS LLC |
| /s/ Dan Zelenko<br>Dan Zelenko (Pro Hac Vice)<br>Sarah Gilbert (Pro Hac Vice)<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022<br>(212) 223-4000<br>(212) 223-4134<br>dzelenko@crowell.com<br>sgilbert@crowell.com<br><br>*Counsel to Santander Securities LLC* | /s/ Antonio A. Arias-Larcada<br>Antonio A. Arias-Larcada, Esq.<br>USDC-PR Bar No. 204906<br>270 Muñoz Rivera Avenue<br>Hato Rey, Puerto Rico 00918<br>(787) 250-5064<br>(787) 759-9225<br>aaa@mcvpr.com<br><br>*Counsel to Samuel A. Ramirez & Co., Inc.* |
| NELSON ROBLES-DIAZ LAW OFFICES, P.S.C. | KAYSER & REDFERN, LLP |
| /s/ Nelson Robles-Díaz<br>Nelson Robles-Díaz, Esq.<br>USDCPR NO. 204410<br>P. O. Box 192302<br>San Juan, Puerto Rico 00919-2302<br>(787) 294-9518<br>(787) 294-9519<br>nroblesdiaz@gmail.com<br><br>*Counsel for Santander Securities LLC* | /s/ Leo Kayser III<br>Leo Kayser III (*Pro Hac Vice*)<br>515 Madison Avenue<br>New York, NY 10022<br>(212) 935-5057<br>lkayser@515law.com<br><br>*Counsel to Samuel A. Ramirez & Co., Inc.* |
| GOODWIN PROCTER LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| /s/ Marshall H. Fishman<br>Marshall H. Fishman (*Pro Hac Vice*)<br>Meghan K. Spillane (*Pro Hac Vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>(212) 355-3333<br>MFishman@goodwinlaw.com<br>MSpillane@goodwinlaw.com<br><br>*Citigroup Global Markets Inc., and Citibank, N.A.* | /s/ Paul J. Lockwood<br>Paul J. Lockwood (*Pro Hac Vice*)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000<br>(302) 651-3001<br>paul.lockwood@skadden.com<br><br>*Counsel to UBS AG and UBS Financial Services Inc. of Puerto Rico* |

- 10 -

| WEIL GOTSHAL & MANGES LLP | NAVARRO-CABRER LAW OFFICES |
|---|---|
| /s/ Robert M. Stern<br>Robert M. Stern (*pro hac vice*)<br>2001 M Street, NW<br>Washington, D.C. 20036<br>(202) 682-7000<br>(202) 857-0940<br>robert.stern@weil.com<br><br>*Counsel for RBC Capital Markets, LLC; Royal Bank of Canada* | /s/ Nilda M. Navarro-Cabrer<br>Nilda M. Navarro-Cabrer<br>USDC-PR Bar No. 201212<br>El Centro I, Suite 206<br>500 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>(787) 764-9595<br>(787) 764-7575<br>navarro@navarrolawpr.com<br><br>*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.* |