# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1]<br><br>―――――――――――――――――――<br>DRIVETRAIN, LLC, in its capacity as the Trustee of the Commonwealth Avoidance Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS CAPITAL, *et al*.<br><br>Defendants. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered)<br><br><br><br><br>Adv. Proc. No. 19-280 (LTS) |

## STIPULATION AND
## CASE MANAGEMENT ORDER

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523- LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Plaintiff Drivetrain, LLC, (the "Trustee") and Defendants Barclays Capital, Inc.; BMO Capital Markets GKST Inc.; BofA Securities, Inc., a/k/a Banc of America Securities LLC, a/k/a BofA Merrill Lynch; Citigroup Global Markets Inc.; Citibank, N.A., New York; Goldman Sachs & Co. LLC; Goldman Sachs Bank USA; Goldman Sachs Mitsui Marine Derivative Products, L.P.; Jefferies LLC; J.P. Morgan Securities LLC; Bank of America Corporation; Merrill Lynch Capital Services, Inc.; Morgan Stanley & Co. LLC; Morgan Stanley Capital Services, LLC f/k/a Morgan Stanley Capital Services Inc.; RBC Capital Markets, LLC; Royal Bank of Canada; Samuel A. Ramirez & Co., Inc.; Santander Securities LLC; UBS Financial Services, Inc. of Puerto Rico;[2] and UBS AG (collectively, "Defendants") (collectively "Defendants," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

## RECITALS

WHEREAS, the Trustee filed the Second Amended Complaint ("SAC") on September 15, 2022 (ECF No. 49);

WHEREAS, pursuant to a June 10, 2022, unopposed motion filed by the Trustee (Doc. No. 41), Defendants had until February 13, 2023, to answer, move to dismiss, or otherwise respond to the SAC (Doc. No. 42);

WHEREAS, the parties agreed to a stipulated Briefing Schedule, so-ordered by the Court on November 9, 2022, establishing earlier deadlines of: (1) December 15, 2022, for Defendants to answer, move to dismiss, or otherwise respond to the SAC; (2) March 15, 2023, for the

---

[2] Effective July 17, 2021, UBS Financial Services Incorporated of Puerto Rico was merged into UBS Financial Services Inc.

Trustee to oppose any motion to dismiss; and (3) April 19, 2023, for Defendants to reply (Doc. No. 61);

WHEREAS, Section 2(a)(iii) of the Court's Second Amended Standing Order (the "Order") requires that within seven days after a motion pursuant to Fed. R. Civ. P. 12(b)(6) or 12(c) or Fed. R. Bankr. P. 7012(b) is filed, the non-moving party file an informative motion notifying the moving party of its intent to amend the complaint as of right, make any request for leave to amend in response to the motion or state that it will file its opposition to the motion without further amendment;

WHEREAS, due to scheduling conflicts, counsel for the Defendants and the Trustee agreed to an extension of the Briefing Schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants shall answer, move to dismiss, or otherwise respond to the SAC on or before December 29, 2022.

2. The Trustee shall file the informative motion required by Section 2(a)(iii) of the Order on or before January 12, 2023.

3. The Trustee shall file opposition(s) to any motions to dismiss on or before April 12, 2023.

4. Defendants shall file any reply or replies on or before May 17, 2023;

5. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

Dated: December 15, 2022

**SO ORDERED.**

DATED:

December 15, 2022 /s/Judith Gail Dein

Judith Gail Dein
United States Magistrate Judge

| | |
|---|---|
| SELENDY GAY ELSBERG PLLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

/s/     David S. Flugman
Maria Ginzburg *(Pro Hac Vice)*
Andrew R. Dunlap *(Pro Hac Vice)*
David S. Flugman *(Pro Hac Vice)*
1290 Avenue of the Americas New York, New York 10104 (212) 390-9000
mginzburg@selendygay.com
adunlap@selendygay.com
dflugman@selendygay.com

CASILLAS, SANTIAGO & TORRES, LLC

By:     /s/     Juan J. Casillas
Juan J. Casillas Ayala USDC – PR 218312
Luis F. Llach Zúñiga USDC – PR 2231112
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, Puerto Rico 00901-2419
(787) 523-3434
jcasillas@cstlawpr.com
lllach@cstlawpr.com

CONTINENTAL PLLC

John Arrastia *(Pro Hac Vice)*
Jesus Suarez *(Pro Hac Vice)*
Angelo Castaldi *(Pro Hac Vice)*
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707
jarrastia@continentalpllc.com
jsuarez@continentalpllc.com
Acastaldi@continentalpll.com

*Attorneys for Plaintiff Drivetrain, L.L.C., in its capacity as the Trustee of the Commonwealth Avoidance Actions Trust*

/s/ Julie E. Cohen
Julie E. Cohen (*Pro Hac Vice*)
One Manhattan West
New York, New York 10001-8602
(212) 735-3000
(212) 735-2000
julie.cohen@skadden.com

*Counsel to Morgan Stanley & Co. LLC and Morgan Stanley Capital Services LLC*

SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.

/s/ Angel E. Rotger-Sabat
Luis N. Saldaña-Román
USDC-PR No. 208001
Ángel E. Rotger-Sabat
USDC-P.R. No. 208601
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
(787) 289-9250
(787) 289-9253
lsaldana@scvrlaw.com
arotger@scvrlaw.com

*Counsel to Morgan Stanley & Co. LLC and Morgan Stanley Capital Services LLC*

| | |
|---|---|
| BOBONIS, BOBONIS & RODRIGUEZ POVENTUD | SIMPSON THACHER & BARTLETT LLP |
| /s/ Enrique G. Figueroa-Llinás<br>Enrique G. Figueroa-Llinás (*pro hac vice*)<br>USDC-PR No. 201709<br>129 De Diego Avenue<br>San Juan, Puerto Rico 00911-1927<br>(787) 72579-41<br><br>*Counsel to BofA Securities a/k/a Banc of America Securities, LLC a/k/a BofA Merrill Lynch, Bank of America Corporation, and Merrill Lynch Capital Services, Inc.* | /s/ Jonathan K. Youngwood<br>Jonathan K. Youngwood (*Pro Hac Vice*)<br>David Elbaum (*Pro Hac Vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br>(212) 455-2502<br>jyoungwood@stblaw.com<br>David.elbaum@stblaw.com<br><br>*Counsel to J.P. Morgan Securities LLC*<br><br>/s/ José L. Ramirez-Coll<br>José L. Ramirez-Coll<br>USDC-PR No. 221702<br>P.O. Box 13128<br>San Juan, Puerto Rico 00908<br>(787) 977-0312<br>(787) 977-0323<br>jramirez@amrclaw.com<br><br>*Counsel to J.P. Morgan Securities LLC* |
| GOODWIN PROCTER LLP | WINSTON & STRAWN LLP |
| /s/ Douglas H. Flaum<br>Douglas H. Flaum (Pro Hac Vice)<br>Charles A. Brown (Pro Hac Vice)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>(212) 355-3333<br>dflaum@goodwinlaw.com<br>cbrown@goodwinlaw.com<br><br>*Counsel to Goldman Sachs & Co. LLC, Goldman Sachs Bank USA, and Goldman Sachs Mitsui Marine Derivative Products, L.P.* | /s/ Carrie V. Hardman<br>Carrie V. Hardman (*Pro Hac Vice*)<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700<br>(212) 294-4700<br>chardman@winston.com<br>-and-<br>Joseph L. Motto (*Pro Hac Vice*)<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>jmotto@winston.com<br><br>*Counsel to BofA Securities a/k/a Banc of America Securities, LLC a/k/a BofA Merrill Lynch, Bank of America* |

*Corporation, and Merrill Lynch Capital Services, Inc.*

| | |
|---|---|
| MORELL, CARTAGENA & DAPENA LLC | McGUIRE WOODS LLP |

/s/ Ramón E. Dapena / /s/ E. Andrew Southerling

Ramón E. Dapena
USDC PR No. 125005
PO Box 13399
San Juan, PR 00908
787.723.1233
787.723.8763
ramon.dapena@mbcdlaw.com

E. Andrew Southerling (*Pro Hac Vice*)
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
(202) 857-1700
(202) 857-1737
asoutherling@mcguirewoods.com
    -and-
Aaron G. McCollough (*Pro Hac Vice*)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
(312) 849-8256
(312) 698-4522
amccollough@mcguirewoods.com

*Co-Counsel to Goldman Sachs & Co. LLC, Goldman Sachs Bank USA, and Goldman Sachs Mitsui Marine Derivative Products, L.P.*

*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.*

CROWELL & MORING LLP	McCONNELL VALDÉS LLC

/s/ Dan Zelenko / /s/ Antonio A. Arias-Larcada

Dan Zelenko (Pro Hac Vice)
Sarah Gilbert (Pro Hac Vice)
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000
(212) 223-4134
dzelenko@crowell.com
sgilbert@crowell.com

Antonio A. Arias-Larcada, Esq.
USDC-PR Bar No. 204906
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
(787) 250-5064
(787) 759-9225
aaa@mcvpr.com

*Counsel to Santander Securities LLC*

*Counsel to Samuel A. Ramirez & Co., Inc.*

NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.	KAYSER & REDFERN, LLP

/s/ Nelson Robles-Díaz / /s/ Leo Kayser III

Nelson Robles-Díaz, Esq.
USDCPR NO. 204410
P. O. Box 192302

Leo Kayser III (*Pro Hac Vice*)
515 Madison Avenue
New York, NY 10022

- 7 -

| | |
|---|---|
| San Juan, Puerto Rico 00919-2302<br>(787) 294-9518<br>(787) 294-9519<br>nroblesdiaz@gmail.com | (212) 935-5057<br>lkayser@515law.com |
| *Counsel for Santander Securities LLC* | *Counsel to Samuel A. Ramirez & Co., Inc.* |
| GOODWIN PROCTER LLP | SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP |
| /s/ Marshall H. Fishman<br>Marshall H. Fishman (*Pro Hac Vice*)<br>Meghan K. Spillane (*Pro Hac Vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>(212) 355-3333<br>MFishman@goodwinlaw.com<br>MSpillane@goodwinlaw.com | /s/ Paul J. Lockwood<br>Paul J. Lockwood (*Pro Hac Vice*)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000<br>(302) 651-3001<br>paul.lockwood@skadden.com |
| *Citigroup Global Markets Inc., and Citibank, N.A.* | *Counsel to UBS AG and UBS Financial Services Inc. of Puerto Rico* |
| WEIL GOTSHAL & MANGES LLP | NAVARRO-CABRER LAW OFFICES |
| /s/ Robert M. Stern<br>Robert M. Stern (*pro hac vice*)<br>2001 M Street, NW<br>Washington, D.C. 20036<br>(202) 682-7000<br>(202) 857-0940<br>robert.stern@weil.com | /s/ Nilda M. Navarro-Cabrer<br>Nilda M. Navarro-Cabrer<br>USDC-PR Bar No. 201212<br>El Centro I, Suite 206<br>500 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>(787) 764-9595<br>(787) 764-7575<br>navarro@navarrolawpr.com |
| *Counsel for RBC Capital Markets, LLC; Royal Bank of Canada* | *Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.* |

McCONNELL VALDÉS LLC

/s/ Roberto C. Quiñones-Rivera
Roberto C. Quiñones-Rivera, Esq.
USDC-PR No. 211512
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
(787) 250-2631
(787) 759-8282
rcq@mcvpr.com

*Counsel to Barclays Capital Inc., RBC Capital Markets, LLC, Royal Bank of Canada, UBS Financial Services Inc. of Puerto Rico, UBS AG, Citigroup Global Markets Inc., and Citibank, N.A.*